**Order entered April 20, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01167-CR

**MICAH MERRITT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00493-T**

## ORDER

On April 13, 2016, this Court ordered court reporters Karren Jones and Yolanda Atkins to coordinate to file the complete reporter's record, including all exhibits admitted into evidence, by April 18, 2016. We warned that if we did not receive the complete record by that date, we would order that they not sit as a court reporters until they filed the complete record. On April 18, 2016, the reporter's record was filed. It did not, however, include State's Exhibit nos. 13 and 18, DVDs. Rather, the exhibit volume included photocopies of the DVDs. Therefore, Ms. Jones and Ms. Atkins are not in compliance with our order of April 13, 2016.

Accordingly, we **ORDER** court reporters Karren Jones and Yolanda Atkins to coordinate to file, by **APRIL 25, 2016**, a supplemental record containing State's Exhibit nos. 13 and 18,

DVDs.  We further order that Karren Jones and Yolanda Atkins not sit as court reporters until the exhibits are filed in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Rick Magnis, Presiding Judge, 283rd Judicial District Court; the Dallas County Auditor's Office; Karren Jones and Yolanda Atkins, substitute court reporters; and to counsel for all parties.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE